UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:23-CR-00329-RDM |
| | : | |
| v. | : | |
| | : | |
| **LUKE HOFFMAN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

**JOINT STATUS REPORT
AND MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

In accordance with the Court's order (*see* Minute Order 12/04/2023), the United States of America and counsel for the above-captioned defendant hereby file this Joint Status Report to inform the Court of the status of this matter. Additionally, the parties hereby jointly move the Court to set a change-of-plea hearing, and to exclude the intervening time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. In support of this joint motion, the undersigned states as follows:

1. The defendant was charged by complaint for violations related to his actions on January 6, 2021. He was arrested on July 12, 2023, for misdemeanor and felony charges related to entering and remaining in a restricted building or grounds and conduct therein, civil disorder, and assaulting a federal officer. He was indicted on September 13, 2023. The defendant is not in custody.

2. Both case specific and global discovery have been provided.

3. The defendant has elected to plead guilty to Count Three and a lesser offense of Count Four in the Indictment. A signed plea agreement and statement of offense, as well as a jury trial waiver, have been provided to the Court.

4. The parties ask that the Court set a change-of-plea hearing on April 4, 2024, at 2

1

p.m., which the parties understand is a time that the Court is available.

WHEREFORE, the parties respectfully request that this Court set a change-of-plea hearing and that the Court exclude the time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, including holding of any preliminary hearing or deadline for indictment, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy indictment or trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052

By:   */s/ Eric Boylan*
       Eric Boylan
       Texas Bar No. 24105519
       Assistant United States Attorney
       601 D Street N.W.
       Washington D.C.
       Telephone: (202) 815-8608
       eric.boylan@usdoj.gov

       */s/ Paulette Pagán*
       Paulette Pagán
       PRICE BENOWITZ LLP
       Criminal Defense
       409 7th Street NW
       Suite 200
       Washington DC, DC 20004
       (202) 731-9882
       Fax: (202) 334-6661
       Email: paulette@pricebenowitz.com