UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUKE HOFFMAN<br><br>    Defendant. | Case No. 23-cr-329 (RDM) |

**GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter.

The following video evidence has been made available to the Court electronically:

| Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| Sentencing Exhibit 1 | Hoffman - Sentencing Ex. 1.mp4 | Open Source | A video clip showing the defendant grab and pull a bike rack away from a police officer. |
| Sentencing Exhibit 2 | Hoffman - Sentencing Ex. 2.mp4 | Police Body Worn Camera | A video clip showing the defendant assault Officer Ca. W. |
| Sentencing Exhibit 3 | Hoffman - Sentencing Ex. 3.mp4 | Police Body Worn Camera | A video clip showing the defendant assault Officer Ch. W. by spraying him with a chemical spray. |
| Sentencing Exhibit 4 | Hoffman - Sentencing Ex. 4.mp4 | Open Source | A video clip showing the defendant aid other rioters while in front of the Tunnel. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: */s/ Eric Boylan*
ERIC BOYLAN
Assistant United States Attorney
Texas Bar Number 24105519
United States Attorney's Office
610 D Street, N.W.
Washington, D.C.  20001
Telephone: (202) 815-8608
Email: eric.boylan@usdoj.gov