# EXHIBIT A

The Honorable Randolph.D. Moss

Dear Judge Moss,

It is with great remorse and a heavy heart that I am writing this to you.

On January 6th, 2021, I engaged in unfavorable awful behavior, of which I am ashamed, embarrassed and remorseful.
I sinned against God and broke the law of our nation. When I look at my actions on that day, I do not recognize the person I'm seeing. I respect all law enforcement and still to this day lose sleep over what I did.

I never could have imagined that I would have acted in such a disgraceful manner on that day, and it was not my intention to do so. There was such chaos and pain and highly charged emotion. I respect not just law enforcement but lawmakers and law interpreters. I believe the rule of law is what keeps our country together. There is not a day that goes by that I do not feel remorse and shame for my actions.

I have had to take a deep look at myself over the past three-four years and from that reflection has come many changes. I have since been baptized into the faith, began a Ministry of my own dedicated to spreading the word and getting resources to those less fortunate, we have added two little ones to our family, and I have been participating in therapy.
Because of faith, I have learned the importance of peace and love always. I see how important it is to lead my children in the right direction. With therapy, I have learned to deal with my emotions in healthy good terms.

Your Honor, I am a father of eight, I love my children and watching them grow into loving human beings has been my life's joy.
I am a man of faith; I love my wife and children. I respect the law and care for the wellbeing of all my fellow citizens.

I have taught and will continue to teach all of my children to obey the laws of our country and to respect all law enforcement. The person I am portrayed to be, is not the person that I truly am.

Who I am and have become since that day, is far from who I was on that day. Nothing I write is to justify my actions and I will not try to. I accept responsibility for what I have done. I will only throw myself down at the court and pray your Honor, have mercy on me.

I do wish I could take back that day. I should have been a peacemaker, I should have hit my knees and prayed. I know that the past cannot be undone, and that amends must be made.

I am thankful that honorable fair men like you are in the position they are, to see that justice is served, with all things considered, as prescribed by the law.

Sincerely,

Luke James Hoffman