# EXHIBIT FF

The Honorable Randolph D. Moss
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Moss,

I am writing this letter to offer my support for Mr. Hoffman, who has been convicted under 18 U.S.C. § 111(a)(1). My name is Wesley Miguel, I am 37 years old, married, Brazilian (living in the US for more than 6 years), and I have been a Data Analytics professional at Siemens for more than 18 years with a Master's degree in Marketing. I have had the privilege of knowing Mr. Hoffman for over six years as a close friend and have come to deeply respect his character and integrity.

Throughout our friendship, I have consistently observed Mr. Hoffman's kindness, generosity, and dedication to his family and friends. He is a loving father and a dependable friend, always willing to lend a helping hand. I first met Mr. Hoffman through our church community, where he has been an active and contributing member. His commitment to his faith and his willingness to support others in our congregation have always been evident.

One particular event that stands out to me is when Mr. Hoffman took it upon himself to help me fix my house and teach me how to do some maintenance. Without hesitation, he spent countless hours alongside me, repairing the sidewalk, clearing debris, and ensuring my family's safety. This act of kindness is just one example of his hardworking and selfless nature.

Mr. Hoffman is also a thoughtful person who goes out of his way to consider the needs of others. He is respected and well-liked by his friends and family and has always been a productive member of society. For instance. His actions reflect a person who is dedicated to making a positive impact on those around him. His love for animals, harvesting, faith in Jesus, family orientation, and pride for his country, always inspired me by his good nature. The love he shows for his wife, and especially all his wife's children, has stood out to me as an example of a real husband and father with compassion and love.

I understand the seriousness of the charges against Mr. Hoffman, but I firmly believe that this incident is out of character for him. In the years I have known him, he has consistently demonstrated a peaceful and law-abiding nature. His remorse for this situation is genuine, and I am confident that he has learned valuable lessons from this experience. The gravity of the court proceedings has profoundly affected him, and he is determined to rectify his actions and continue being a responsible and caring individual.

In conclusion, I respectfully urge you to consider Mr. Hofman's good character, his positive contributions to society, and the fact that this incident is an anomaly in his life. I believe that with his strong support system of family, friends, and faith, Mr. Hoffman will not violate the law in the future and will continue to be a valuable member of our community.

Thank you for your time and consideration.

Sincerely,
Wesley Miguel
July 3, 2024